# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JULIE WAGNER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV128 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MERCHANTS CREDIT ADJUSTERS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 22). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a)(1)(A).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 22) is granted and this case is dismissed with prejudice, each party to bear its own costs to the extent not provided for in the settlement agreement.

DATED this 6th day of August, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge